Pro Se 1 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SHEYANNE FOSTER
&
CHILD A

Plaintiff(s),

v.

PROVIDENCE HEALTH & SERVICES;

PROVIDENCE SACRED HEART MEDICAL CENTER & CHILDRENS HOSPITAL; AND

PROVIDENCE ST. PETERS HOSPITAL

Defendant(s).

CASE NO. 25-CV-5582 TMC
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☑ Yes  ☐ No

FILED _____ LODGED
         RECEIVED
JUL 02 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                               DEPUTY

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | SHEYANNE FOSTER |
| Street Address | 620 FIELDSTONE DR. SW APT 418 |
| City and County | OLYMPIA, THURSTON |
| State and Zip Code | WASHINGTON 98502 |
| Telephone Number | 360-249-7391 |

COMPLAINT FOR A CIVIL CASE - 1

B.  Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | PROVIDENCE HEALTH & SERVICES |
| Job or Title *(if known)* | |
| Street Address | 1801 LIND AVE SW |
| City and County | RENTON, KING COUNTY |
| State and Zip Code | WASHINGTON, 98057 |
| Telephone Number | 1.425.525.3355 OR 1.424.687.3700 |

Defendant No. 2

| | |
|---|---|
| Name | PROVIDENCE SACRED HEART MEDICAL CENTER & CHILDREN'S HOSPITAL |
| Job or Title *(if known)* | |
| Street Address | 101 WEST EIGHT AVENUE |
| City and County | SPOKANE, SPOKANE COUNTY |
| State and Zip Code | WASHINGTON 99204 |
| Telephone Number | 509.474.9480 |

Defendant No. 3

| | |
|---|---|
| Name | PROVIDENCE ST.PETERS HOSPITAL LABOR & DELIEVERY |
| Job or Title *(if known)* | |
| Street Address | 413 LILLY RD. NE |
| City and County | OLYMPIA, THURSTON COUNTY |
| State and Zip Code | WASHINGTON 98506 |
| Telephone Number | 360.491.9480 |

*Pro Se 1 2022*

Defendant No. 4

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number

## II.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(select all that apply)*

☑ Federal question:
    If checked complete section A.

☐ Diversity of citizenship:
    If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

AMENDMENT IV
AMENDMENT V
AMENDMENT VI
AMENDMENT XIV
42 U.S.C. § 1983
RCW 9A.40.040
18 U.S.C. § 1035
Internation Covenant on Civil & Political Rights (ICCPR)
Convenant on the Rights of the Child (CRC)

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2022

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff (*name*) SHEYANNE FOSTER, is a citizen of the State of (*name*) WASHINGTON.

        b.  If the plaintiff is a corporation.

The plaintiff, (*name*) N/A, is incorporated under the laws of the State of (*name*) N/A, and has its principal place of business in the State of (*name*) N/A.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.  The Defendant(s)

        a.  If the defendant is an individual.

The defendant, (*name*) N/A, is a citizen of the State of (*name*) N/A. Or is a citizen of (*foreign nation*) N/A.

        b.  If the defendant is a corporation.

The defendant, (*name*) PROVIDENCE HEALTH & SERVICES, is incorporated under the laws of the State of (*name*) WASHINGTON, and has its principal place of business in the State of (*name*) WASHINGTON.

Or is incorporated under the laws of (*foreign nation*) N/A, and has its principal place of business in (*name*) RENTON, WASHINGTON.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2022

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain) Attach additional pages if needed*:

MISS. FOSTER STATES FOR THE COURTS THAT THE AMOUNT IN CONTROVERSY IN THIS MATTER OF $250,000,000. tHIS SUM REFLECTS THE FULL EXTENT OF DAMAGES SOUGHT DUE TO SEVERAL ALLEGED VIOLATIONS OF STATE AND CONSTITUTIONAL LAWS BY THE DEFENDANTS.

### III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

(SEE ATTACHED STATEMENT OF CLAIM PAGE)

### IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

(SEE ATTACHED RELIEF PAGE)

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

## III. Statement of Claim

Miss Foster respectfully states for the record that the sum of $250,000,000 referenced in this matter underscores the gravity and significance of the alleged wrongful acts and violations of rights suffered by Providence Health & Service - multi hospital system (HMS). This amount reflects the substantial harm and damage purportedly incurred because of the circumstances in question.

- On January 29, 2020, at 3:30 PM PST Miss Foster underwent a tubal ligation procedure at Providence Sacred Heart Medical Center & Children's Hospital. **See (Tissue Request for Pathology)** It is alleged that this procedure was performed negligently, constituting medical malpractice pursuant to RCW 7.70 and RCW 4.24.290. As a result of the failed tubal ligation,

- April 10, 2022, at 10:46 PM Miss Foster experienced a wrongful pregnancy, which was subsequently confirmed at Providence St. Peter Hospital **see (US OB< 14 WEEKS W TRANSVAGINAL)**

- November 03, 2022, at 10:23 AM, Miss Foster received an ultrasound of the upper thigh, that revealed the finding of superficial thrombophlebitis in her 3rd trimester. **see (VAS LEG BILATERAL VENOUS DOPPLER FOR DVT)**

- December 6, 2022, 9:46 AM, Jennifer Walchak, an employee of Providence St. Peter's Hospital, entered in Miss Foster's medical records that Fentanyl had been used during her pregnancy. **(See Plan of Care by Jennifer W, LCSW & All Toxicology Screens)**

- December 6, 2022, at 9:08 AM – 9:16 AM Miss Foster finished conversation with Anita Chin, MD **see (Discharge Summary & Progress Notes)**
- December 6, 2022, between 9:16 AM- 10:30 AM Providence St. Peters Hospital receives a phone in regards of Miss. Fosters newborn child **see (Progress notes by Nurse Stacy W, LPN)**
- December 6, 2022, at 10:31 AM Teya Harris filed with for an Emergency Minor Guardianship Petition which a court date and time was set for 12/06/2022 at 4:00PM **see (Superior Court of Washington, County of Thurston & Noticed Attachment)**
- December 6, 2022, at 5:01 PM Emergency Minor Guardianship and Restraining Order was filed with the Courts for the removal of Miss. Fosters Newborn child, restraining her 1000 ft from seeing her newborn. **See (Immediate Order and Hearing Notice- Emergency Minor Guardianship and Restraining Order)**

- December 6, 2022, at 8:32PM Miss Foster was escorted of Providence St. Peters Hospital by RN and security **see (Progress Notes by Nurse Mya F, RN)**

- December 21, 2022, at 11:51 AM Emergency Guardianship Denied, petitioner failed to present evidence **see (Order on Emergency Minor Guardian)**

## IV. Relief

Miss Foster alleges the Defendants, acting under color of state law, deprived Miss Foster of rights secured by the Constitution and laws of the United Staes, including but not limited to:

(a) subjecting Miss. Foster to medical malpractice and deliberate indifference to serious medical needs.

(b) unlawfully detaining and separating Miss. Foster from her child in violation of substantive due process rights.

(c) falsely imprisoning Miss. Foster without legal justification.

(d) publishing false and defamatory statements about Miss. Foster resulting in defamation of character.

(e) falsifying and tamper with Plaintiff's medical records; and

(f) subjecting Miss. Foster to public humiliation and intentional infliction of emotional distress

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JUNE 22, 2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: SHEYANNE MARIE FOSTER


Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:


Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff: