UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHEYANNE FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES;<br><br>PROVIDENCE SACRED HEART<br><br>MEDICAL CENTER & CHILDREN'S<br><br>HOSPITAL; PROVIDENCE ST. PETERS<br><br>HOSPITAL LABOR & DELIVERY,<br><br>Defendant. | Case No. 3:25-cv-05582-TMC<br><br>ORDER DISMISSING CASE |

### I. ORDER

This matter comes before the Court on review of the Court record. On September 3, 2025, the Court issued an Order to Amend Complaint in Plaintiff Sheyanne Foster's case. Dkt. 10. The Court directed Ms. Foster to file a proposed amended complaint no later than September 24, 2025 that included a short, plain statement explaining (1) how the state was involved in Defendants' actions that violated Ms. Foster's constitutional rights or (2) a different basis for the Court's jurisdiction. *Id.* at 5–6.

ORDER DISMISSING CASE - 1

Under Fed. R. Civ. P. 37(b)(2)(A)(v), the Court may dismiss an action or proceeding in whole or in part for failure to obey a court order. As explained in its prior order, when a complaint raises constitutional claims under 42 U.S.C. § 1983, it must explain how the state was involved in Defendants' misconduct. Dkt. 10 at 5; *see Single Moms, Inc. v. Montana Power Co.*, 331 F.3d 743, 746–47 (9th Cir. 2003) ("Only when the *government* is responsible for a plaintiff's complaints are individual constitutional rights implicated.") (citation omitted).

But here, even though Ms. Foster filed a proposed second amended complaint, it consists only of medical records. *See* Dkt. 11. Because Ms. Foster has not fixed the deficiencies in her prior complaint, the Court DISMISSES Ms. Foster's claims without prejudice for lack of subject matter jurisdiction. Ms. Foster's motion to appoint counsel, Dkt. 12, is also DENIED as moot.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 18th day of September, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER DISMISSING CASE - 2